CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 19 2005
JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE L. SPENCER,       ) | |
|     Plaintiff,       ) | Civil Action No. 7:05-cv-00627 |
|            ) | |
| v.       ) | **FINAL ORDER** |
|            ) | |
| DR. PAUL WILLIAMS, et. al.,       ) | By: Hon. James C. Turk |
|     Defendant(s).       ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1); plaintiff's motion for appointment of counsel is hereby **DENIED**; and the case is hereby stricken from the active docket of the court.

The plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendant(s).

ENTER: This 19th day of October, 2005.

/s/ James C. Turk
Senior United States District Judge